FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 4 - 2004 ★
BROOKLYN OFFICE

**Exhibit B**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------x

BOWEN, et al.
   Plaintiffs,

       - against -

RUBIN, et al.
   Defendants,

------------------------------------x

PARKWAY HOSPITAL,
   Third-Party Plaintiff,

       - against –

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,
   Third-Party Defendant.

------------------------------------x

01 Civ. 0070 (NG) (SMG)

**STIPULATION OF DISMISSAL AS TO DEFENDANTS JACOB RUBIN D/B/A LEBEN HOME FOR ADULTS, LEBEN HOME FOR ADULTS, PARKWAY HOSPITAL, JAMILLE PERESS, AND HARRY JOSIFIDIS**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record for plaintiffs and Defendants Jacob Rubin d/b/a Leben Home for Adults, Leben Home for Adults, Parkway Hospital, Inc., Jamille Peress, and Harry Josifidis, that the within action be and the same hereby is dismissed as to these Defendants, and these Defendants only, with prejudice and without costs to any party.

Dated: October 4 ~~July~~ __, 2004
      New York, New York

PATTERSON, BELKNAP, WEBB & TYLER LLP

By: _____
Lisa E. Cleary (LC 2341)
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000
*Attorneys for Plaintiffs*

976098v7

**Exhibit B**

MFY LEGAL SERVICES, INC.

By: _/s/ Jeanette Zelhof_
Jeanette Zelhof (JZ 0639)
299 Broadway, 4th Floor
New York, New York 10007
(212) 417-3700
*Attorneys for Plaintiffs*


DISABILITY ADVOCATES, INC.

By: _/s/ Timothy A. Clune_
Timothy A. Clune (TC 1506)
5 Clinton Square, 3rd Floor
Albany, New York 12207
(518) 432-7861
*Attorneys for Plaintiffs*


LEWIS, JOHS, AVALLONE, AVILES & KAUFMAN

By: _/s/ Marcy D. Sheinwold_
Marcy D. Sheinwold (MS 7189)
425 Broad Hollow Road
Melville, New York 11747
(631) 755-0101
*Attorneys for Defendants Jacob Rubin and Leben Home for Adults*


LONG & ALBERT

By: _/s/ Robert Long_
Robert Long (RL0058)
132 Nassau Street
New York, New York 10038
(212) 766-4620
*Attorneys for Defendant Parkway Hospital, Inc.*

976098v7

**Exhibit B**

KRAL, CLERKIN, REDMOND, RYAN, PERRY & GIRVAN

By: _____
    James J. Girvan (JG 7027)
69 East Jericho Turnpike
Mineola, New York 11501
(516) 742-3470
*Attorneys for Defendant Jamille Peress*


SARETSKY KATZ DRANOFF & GLASS, L.L.P.


By: _____
    Barry G. Saretsky (BS    )
331 Madison Avenue
New York, New York 10017
(212) 973-9797
*Attorneys for Defendant Harry Josifidis a.k.a. Harry Josfidis*

Exhibit B

KRAL, CLERKIN, REDMOND, RYAN, PERRY & GIRVAN

By:_____
    James J. Girvan (JG    )
69 East Jericho Turnpike
Mineola, New York 11501
(516) 742-3470
*Attorneys for Defendant Jamille Peress*


SARETSKY KATZ DRANOFF & GLASS, L.L.P.

By:_____
   ~~Barry G. Saretsky (BS    )~~
331 Madison Avenue   Alan G. Katz (AK 4812)
New York, New York 10017
(212) 973-9797
*Attorneys for Defendant Harry Josifidis a.k.a. Harry Josfidis*

**Exhibit B**

KRAL, CLERKIN, REDMOND, RYAN, PERRY & GIRVAN

By:_____
      James J. Girvan (JG     )
69 East Jericho Turnpike
Mineola, New York 11501
(516) 742-3470
*Attorneys for Defendant Jamille Peress*


SARETSKY KATZ DRANOFF & GLASS, L.L.P.


By:_____
      Barry G. Saretsky (BS     )
331 Madison Avenue
New York, New York 10017
(212) 973-9797
*Attorneys for Defendant Harry Josifidis a.k.a. Harry Josfidis*


**SO ORDERED:**

**Dated:**    Brooklyn, New York
               Oct. 6, 2004

_____
Ho_____
**United States District Judge**

-24-

976098v7